U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

JUN 0 3 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| PAULA KARAM, ET AL | : | DOCKET NO. 2:07-cv-1330 |
| VS. | : | JUDGE MINALDI |
| UNION PACIFIC RAILROAD COMPANY | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that Plaintiff's Motion to Amend be and is hereby GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion to Remand be and is hereby GRANTED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this __3__ day of __June__, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE